(V. D. 78)

HENSEL BRUCKMANN & LORBACHER, INC. *v.* UNITED STATES

Entry No. 80281.

(Decided May 22, 1958)

*John D. Rode* for the plaintiff.

*George Cochran Doub,* Assistant Attorney General, for the defendant.

LAWRENCE, Judge:   This is a valuation proceeding which arose by reason of a judgment rendered by the second division of this court in *Gramercy Import Co., Inc., et al.* v. *United States,* 38 Cust. Ct. 481, Abstract 60689.

The cause of action, having been formally abandoned, is dismissed. Judgment will issue accordingly.

(V. D. 79)

COMPASS INSTRUMENT & OPTICAL CO., INC. *v.* UNITED STATES

Entry No. 866128.

(Decided May 22, 1958)

*Brooks & Brooks* for the plaintiff.

*George Cochran Doub,* Assistant Attorney General, for the defendant

LAWRENCE, Judge:   This is a valuation proceeding which arose by reason of a judgment rendered by the second division of this court in the case of *Compass Instrument & Optical Co.* v. *United States,* 38 Cust. Ct. 475, Abstract 60663.

The cause of action, having been formally abandoned, is dismissed. Judgment will issue accordingly.